JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLISTER RANCH OWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, et al.,<br><br>    Defendants. | CV 20-00453 PA (SSx)<br><br>JUDGMENT |

Pursuant to this Court's May 18, 2020 Minute Order granting the Motion to Dismiss filed by defendants Xavier Becerra, in his official capacity as the Attorney General for the State of California; John Ainsworth, in his official capacity as the Executive Director of the California Coastal Commission; Jennifer Lucchesi, in her official capacity as the Executive Director of the State Lands Commission; Sam Schuchat, in his official capacity as the Executive Officer of the California Coastal Conservancy; and Lisa Mangat, in her official capacity as the Director of the California Department of Parks and Recreation; against Hollister Ranch Owners Association,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice as to defendant Xavier Becerra, in his official capacity as the Attorney General for the State of California.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice as to defendants John Ainsworth, in his official capacity as the Executive Director of the California Coastal Commission; Jennifer Lucchesi, in her official capacity as the Executive Director of the State Lands Commission; Sam Schuchat, in his official capacity as the Executive Officer of the California Coastal Conservancy; and Lisa Mangat, in her official capacity as the Director of the California Department of Parks and Recreation.

DATED: May 18, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE